**CIV-09-666TUC CKJ**

Dear,

        Judge Hector Estrada

I'm writing this letter to inform you of a situation that has accured on Page One These allegations were studied through ivestigation stratagies that I used ;From this person who says he works for the Federal Government  The Defendants that I have Summons to Appear in Federal Court Which are Laura Spain, Mrs Hawney did not appear for a arraignment and was Summoned  On the Date of 02-11-09 when received And I think the reason behind this; is because of this individual who ▓▓▓ does'nt want His Id. To be Exposed.. So that why I'm Requesting a New Hearing under these grounds, For a motion in Court. Page Two will Explain in Full detail of Federal/ State Statues Violated.and Civil Rights Statues.

FILED ___ LODGED
RECEIVED ___ COPY

DEC - 8 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Government Statue(s)

35551/35555= 98-473 Title II Sec.212 (a)(2) 1984 Stat.

State Statue(s)

12-2101 Chapt.11 Sec. 3: 27 I.F.R.A. Sec 12 /Frc.2
10-2004 &A.R.S 21-411 (b) 5-7 1,2,3,4 By claim 28 U.S.C 1338 (a)
@1292 (c) (1)

City Appeal Statue(s)

A.R.S Chpt. 10 9675 Sec. 1# 16-402 @

Federal Statue(s)

Rule 4-1 (a) (b) Sec. 30006 A of @ G-O E-G Act
Through Ratification provsn. 1920-1964 Oregon/ 1923 14 Admendment
Tittle II Sec. 212 (a) (2) 193 Arizona Civil Rules 1986 (b) 1919 -1931
Charles Marshall @ St. Paul 1206-1989 (b) 1 -172 (b)

Appealate Actions G/S Vs. JSS= (Scandinavia)

CA. 9th 142; F.3d 304 1150 (c) (2) 9th G-O Act @ E-G Act 1.8

Motion By judges Panal (a) Martinez Vs. Cal / North Dakota
Vs. Cal Aug 01-905 (b) W.L. -J SW 2358628 ( 9th Cir. 1993
Vs. Nimmer @ Devould . Assened Note.

Re- Appeal procedures

1946 Civ. 1952   60 Stat./755 Sec. 12 Rule 12/12
Frc.2

Federal Appeal Court

Cir. 1292 Civil Rights Dept. ART X,I,III @ 08 Weinstein
Vs. Manfeild Sec. 201 1981 (b)

This is the situation I'm facing in the State of Arizona, and the County of Pima ,County
There has been a violations of Civil Rights , according to State and Federal rules and
Guidelines. Of a Conspiracy of Larceny, fraud, and Perjury. According to requesting a
Hearing from the City Court and The Justice Court in this County. So that why I filed an
Hearing in the Federal Court Building @ 405 W.Congress. for an appeal and also a Hearing
De'Novo. Which I'm waiting on a Disposition of this Case and this Matter. I'm writing this
Letter to just inform you of what has taken place . First I would like to say that I 've have gone
To the City Court Clerk to pay on a Citation that I had ran into trouble for driving with no
Insurance and but had a driving License and partial proof of registration. So in 2006 I've gone
To the Motor Vehicle Dept. to see How much I have to pay, and a young lady around the age of
16/17 have told me that the fine amount of my ticket that I have to pay came to the total of
650.00 according to the Motor Vehicle Dept and the Abstract that I've received. It turns around
that when I've gone to the City court to pay with my money , a lady by the name of Laura Spain
has told be different, and the amount came to the total of 2,100. which is Fictious and refuse to
pay, so after that I received that information I immediately asked to her Superviser which is a
lady by the name of Mrs.Hawney that work in the city Records Dept. She denied that the
Alligations were wrong so then that's when I asked for a Hearing in another Jurisdicton
at the Federal Court Administration Dept. which I had to file a Claiment for requesting
for Dispopsition. To make a long Story short It all started of some citations that doesn't apply
which is Complaint #6208346 and Violation Code 28-2158 C It seems like there has been a
issue of someone in the County of Marcopa in the area of University Drive and Casa Grande
near Central Universty of Arizona. Which it has been a Nine Year period of me trying to get my
driving license , But there is an Act of Larceny that have been taken place within these years.
I found out that There has been certain indiviual that have conspired these citations and
And is actively playing a part of these Civil Rights Violations, I've recently found out that
This person works for the E.P.A and has been saying that I have killed him in a Car accident
Caused by a bicycle accident around the street of Pima St. and Tanque Verde. And is now trying
To hide his Idenity by faking his Death. And A cerimonial is held By Citizens from the State of
Washington,DC. With ohnors from president Obomah and the Secretary of Deffence . It was
recently said in this town that this person existing and a funeral will be held in Phoenix,or
Does this person actually exist ; some how I came across some information that this preson is
rsiding in Tucson. And I need to bring Justice to this Case. So I can get on with my Life. I'm
In the process of waiting on a Decision from the Federal Court to fix this Problem, In this
Jurisdiction., of several Federal Violations one is 3006a 1951B 28@U.S.C FRAP3 rule 1 Rule
4-1 A @ B sec 172 (b) Legal Procedures 5402 (1) 1989/ 575 (1) 7677 State Procedures
Cal THOMPSON BUSINESS 3:10 12-2101 chpt 11 sec 18 part 2,3, violations of federal
privacy laws and Statues Cr-071412 violation 26 sec 3:27 I.F.R.A sec 12 /FRC .02
U.S.C 1338 (a) 1338 (a) @ 1292 (C) (1) 10-2004 A.R.S 21-411 (b) 5-7 1,2,3,4, by claim.
Wich I need this problem investigated and fixed.


Thank you for time :

Mr. Jackson

I would like a demand for a dispositon under Appellate Court
Appeals process, there has been a line of mis- comunication. There has been a contiuance Violation(s) under my appeals I would explain in full detail of what is taking place and need of correction. One, there has been violations of civil Court appeal Procedures 1986(b) @ Charles Marshall 1206-1989 (b) sec.12* rule 12/12 Civ.1952Chpt.47 sec.18 part 2,3 Chpt.11 sec 3:27 INFRA sec.12. Of an G-O EG Act @41-1005 Under an re- appeal process @1946 (60 stat) 755 in the Jurisidiction of 3:3 80(b)17(a) ART (b) lll., from the Thompson Business version 3:10/10-2004 under 504 ord.Civ,.F.R.C. 2 Cal.A.R.S. 21-411 (b) 5-7 U.S.C. 1338(a) @ 1292 (c) (1) a violation of an appeal order 1946 530F.Supp. 1986(b) 351 (S.D.N.Y.1981) under Federal Law. And of Rule 29 ARCAP A.R.S State Laws and Statues.12-2101. By Conclusion and Discovery of evidence and materials NimmerVs. @ Devould (Notice) assseceded note . Goverenced by local rules process.I have found Violations of Federal Statues 28&U.S.C. JACB.Vs 2201 (a ) Golan Pingel Enter 310F.3(d) 1360 ,1367 F.E.D Cir - 2002 1338 (a) 1292 (b) (c) 1 Gilliam 538 f.2.d. @ 20-21 2336 (b) 2D /5115,520, GrM 144 F.3D which an re- appeal process have'nt taken place of a Hearing De' Novo. For arguments of data pertaining Status @ ART,. Federal Codes and Rules 1,2,3,4, Martinez V. California 120S. Ct. 684 (2002) 806 U.S.C. CT (1975) SEE. 422 Faretta V. California North Dakota Vs. Cal Aug <17 2007 01-905 (b) W.L JSW 2358628 ( 9 th cir 1993).    Hendricks Vs. Zenon 993 F. 2d 664,669 , of Equal Rights Ratification 1920-1964 Admendment rights (Muller V Oregon/ 1923 Title XII, Under Georgia Law Review; 14 Admendment of Equal Protection of U.S. Citizen Rights. There also violations of Appellate stages Procedures 1@ 08 C.F lll, provision(s) 28& U.S.C @ 44 1295 under Federal rule(s) part #12 Civil 3d sec.1601 (b) sec (2) 1966 1750 sec.(a)(b) (c) F.R.C.1967 -81;Harv. L.Rev 356. Adopted by rule 19 Vol. 12# (a) through Trial and Error 1946 STAT.755) sec 12 in reference to 12 @ 1951, Of aproval Date Feb.1st 1952 CHPT. 47 sec 18/ part 2,3,sec 193 (e) U.S.C. 12 Clayton Act. Rios Vs. Marshall 1981 (b) of rule 1 -4333 (b)ll @459 (a) 26 U.S.C. 65 STAT.Chpt 17 in Accord to FRAP .3 Rule (s) 3-1 / Rule 4-1 A@B Sec .3006(a) 1951 28U.S.C 07 (2007) uphelds Disputes and Concerns by claim in An pelliminary Hearing Injunction ,raised claim /case 1338 (8) (a) violation of Federal Court Of Appeals 1292 under the constition for Civil Rights Dept.ART, at X .  I.d .791. (C4) (d) (7) or 4(E) D= RPTR>832-33 Weinstein Vs> Mansfeild Sec .201 1981 In the jurisdiction of 3:3 Chpt. 17 sec 3:27 INFRA 12 SEQ. :10 Thompson Business 10/2004 (e) A.R.S 21-411 (b) argument 5:7 under contestment 1,2,3,4, under rule (b)(e) (2) (i) readeaction rule 29 motion proceeding.
Also according to my Appeal process (two orders has been envoked due to :with predjudice) and complaints have not been pursued, one a re- appeal and the other a Hearing de' Novo. Under civil Procedures 1986 (b)under 504 Civ. F.R.C. 2 Cal...
There has been several attempts of rule 1 @ g-o / E-G ACT. To take action in an appeal court that fall under Government Laws and Procedures @35551/@ 3555= 98-473 (1984.98STAT). Of Federal compliance of Civil Rights Protection Rights Laws ans Statues.3006 (a) 1951B 172 (B) Minn.1206-1989 according to Arizona Civil Rules 193. G/S Vs. JSS= @ EG Act 1.8 (993>669 9th cir in remittion 4-1 rules yes 2 panal 806 (b) U.S.C. SIT vs. Cal Aug 1993 send Note law (b) privacy codes s. Gramham 59 (b) Cal 716 1911 2,3,4 sure 1986 (b) 80(b) 17 (a) ART,. EC. 12/12 1951 R- @ 071412 viola..tion 26 R.A sec.12/FRC.2 -7 1,2,3,4, by claim 28- U.S.C.1338 (A) 1292 (c) (1). Of Stages g.18 EB 18 11th 1952 (60STAT.755) sec.18 part 2,3, ls,.cir1292 (C) (1) .492f.3D -- 642 F2d o, 753. Vs. 1982 yes demand c. @ 44 (1295) of rule 12 3d sec rights 1750 (b) sec. Adopted by aring De' Novo.- 47.ACT 4333 (b) rt civil 201 1981-1.

AN Act of Larceny.
109-177 Title V 506 (b)(1) 28-509(a)
5422 R. 802 (6)(c)
Racketering 109-177 Title IV (331/1) 1066(0) @ 1,111

Of Federal regulations of Privacy Act
1-/R.16.2 5 U.S.C. (J) (2) part #16 E.P.A {46} 09675 sec 1# 16-402 Ace. Which I'm requesting and investigation ,also a dispositon through a new Hearing. That would be the Demand I'm Requesting...

Thank you for your
Services, Mr Jackson

Date:   11/19/2009